```
                             United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 15-04943-RNO
Luz N. Morales                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: TWilson            Page 1 of 1            Date Rcvd: Jan 25, 2017
                                Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2017.
db             +Luz N. Morales,    1081 Alter St.,    Hazleton, PA 18202-1328

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2017 at the address(es) listed below:
              Andrew L Spivack    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
               pamb@fedphe.com
              Andrew L Spivack    on behalf of Creditor    Ditech Financial LLC pamb@fedphe.com
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              Joseph P Schalk    on behalf of Creditor    Ditech Financial LLC pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
               pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor    Ditech Financial LLC pamb@fedphe.com
              Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Debtor Luz N. Morales tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| LUZ N. MORALES | : | Case No. 5-15-bk-04943 RNO |
| Debtor(s) | : | Docket No. 6 |
| | : | |
| | : | Chapter 13 Plan |

## ORDER DENYING CONFIRMATION

Upon review of Debtor's Chapter 13 Plan filed to Docket No. 6, and the Objection of Ditech Financial, LLC thereto, after hearing held on January 25, 2017, it is

ORDERED that confirmation of Debtor's Chapter 13 Plan is DENIED; and,

FURTHER ORDERED that the Debtor is allowed thirty (30) days within which to filed an amended plan which conforms to the terms of the stipulated order settling the Objection of Ditech Financial, LLC; and,

FURTHER ORDERED that the stipulated order settling the Objection of Ditech Financial, LLC must be filed within fourteen (14) days of the date of this Order.

By the Court,

*Robert N. Opel, II*
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Date: January 25, 2017