IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*********************************************************************

IN RE:                          :        CHAPTER 13
LUZ MORALES                     :
                                :
                Debtor(s)       :        CASE NO. 5:15-04943
*********************************************************************

## DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS
*********************************************************************

AND NOW COMES, Luz Morales, the Debtors, and files an Answer to the Trustee's

Motion to Dismiss and states the following:

1.      Luz Morales, (hereinafter the "Debtors") filed a Chapter 13 bankruptcy proceeding

with the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

2.      Charles J. DeHart,III, Esq. is the standing Chapter 13 Trustee.

3.      The Trustee filed a Motion to Dismiss the Debtor's Chapter 13 case stating the

Plan is non confirmable.

4.      Debtor's Counsel is waiting for information from Counsel for DiTech. Said

information is necessary to prepare and accurately file an amended Chapter 13 Plan.

WHEREFORE, the Debtors respectfully request that Trustee's Motion to Dismiss be denied.

Respectfully submitted,


Date: April 3, 2017  _            /s/Tullio DeLuca
                                 Tullio DeLuca, Esquire
                                 PA ID# 59887
                                 381 N. 9th Street
                                 Scranton, Pa 18504
                                 (570) 347-7764

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LUZ MORALES | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5:15-04943 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The undersigned hereby certifies that on  April 3, 2017, he caused a true and correct copy of

Debtors'  Answer to Trustee's Motion to Dismiss to be served  via electronic filing in the above-

referenced case, on the following:


Charles J. DeHart, III, Esq. at dehartstaff@ramapo.com


Dated:  April 3, 2017                                    /s/Tullio DeLuca
                                                         Tullio DeLuca, Esquire