```
                           United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 15-04943-JJT
Luz N. Morales                                                      Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: TWilson              Page 1 of 2           Date Rcvd: Jun 29, 2017
                              Form ID: ordsmiss          Total Noticed: 46
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2017.
```
db             +Luz N. Morales,    1081 Alter St.,    Hazleton, PA 18202-1328
cr             +Ditech Financial LLC,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
4722800        +Dyck O'Neal,    PO Box 650634,    Dallas TX 75265-0634
4722802        +Greater Hazleton Joint Sewer Authority,     500 Oscar Thomas Drive,    P.O. Box 651,
                 Hazleton, Pennsylvania 18201-0651
4722804         Hazleton City Authority,    400 E. Arthur Gardner Pkwy.,    Hazleton, Pennsylvania 18201-7395
4722805        +Home Depot Credit Services,    P.O. Box 790328,    St. Louis, Missouri 63179-0328
4722808        +KML Law Group, P.C. (Suite 5000, BNY Mel,    Suite 5000, BNY Mellon Independence Ctr.,
                 701 Market St.,   Philadelphia, Pennsylvania 19106-1538
4722807         Kia Motor Financial Services,    Attn: Bankruptcy Dept.,    P.O. Box 20825,
                 Fountain VAlley, California 92728-0825
4722809        +Luzerne County Tax Claim Bureau,    15 Public Square, Ste. 202,
                 Wilkes-Barre, Pennsylvania 18701-1703
4722810        +Luzerne County Tax Claim Bureau,    c/o Northeast Revenue Service,    200 N. River St.,
                 Wilkes-Barre, Pennsylvania 18711-1004
4722812         Midnight Velvet,    1112 7th Avenue,    Monroe, Wisconsin 53566-1364
4722813        +Municipal Authority of Hazle Township,     P.O. Box 502,    Harleigh, Pennsylvania 18225-0502
4722818         PPL Electric Utilities,    827 Hausman Rd.,    Allentown, Pennsylvania 18104-9392
4722819        +State of New Jersey,    Division of Youth & Family Svc.,    80 W Grand St,,
                 Elizabeth, NJ 07202-1471
4722820        +Torres Credit Services, Inc.,    27 Fairview St.,    P.O. Box 189,
                 Carlisle, Pennsylvania 17013-0189
4722822        +US Dept. of Housing and Urban Developmen,    C/L Service Corporation,
                 2488 E. 81st Street, Ste., 700,    Tulsa, OK 74137-4267
4722823         Ustynoski & Marusak, LLC,    101 W. Broad St.,    Hazleton, Pennsylvania 18201-6394
4722825        +Vladymir & Alexis Bonilla,    1083 Alter St.,    Hazle Twp., Pennsylvania 18202-1328
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Jun 29 2017 18:49:48     Ditech Financial LLC,
                 PO BOX 0049,    Palatine, IL 60078
4722789        +EDI: AFNIRECOVERY.COM Jun 29 2017 18:48:00      AFNI, Inc.,    1310 Martin Luther King Dr.,
                 P.O. Box 3427,    Bloomington, Illinois 61702-3427
4739623         EDI: AIS.COM Jun 29 2017 18:48:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
4722790        +EDI: BANKAMER.COM Jun 29 2017 18:49:00      BAC Home Loans Servicing, LP,
                 Attn: Customer Service, Ca6-919-01-41,    P.O. Box 5170,    Simi Valley, California 93062-5170
4722791        +E-mail/Text: banko@berkscredit.com Jun 29 2017 18:49:47     Berks Credit & Collection,
                 900 Corporate Dr.,    Reading, Pennsylvania 19605-3340
4722792        +EDI: OPHSUBSID.COM Jun 29 2017 18:53:00      Candica, L.L.C.,   c/o Weinstein and Riley, PS,
                 2001 Western Ave., Ste. 400,    Seattle, Washington 98121-3132
4722793        +EDI: CAPITALONE.COM Jun 29 2017 18:49:00      Capital One,    P.O Box 30285,
                 Salt Lake City, Utah 84130-0285
4722794         EDI: CAPITALONE.COM Jun 29 2017 18:49:00      Capital One Bank (USA), N.A,,
                 by American Infosource, LP as agent,    P.O. Box 71083,    Charlotte, North Carolina 28272-1083
4722795        +EDI: CAPITALONE.COM Jun 29 2017 18:49:00      Capital One/Best Buy,    Retail Services,
                 P.O. Box 5893,    Carol Stream, Illinois 60197-5893
4723004        +E-mail/Text: bankruptcy@cavps.com Jun 29 2017 18:50:02     Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
4722796        +E-mail/Text: bankruptcy@cavps.com Jun 29 2017 18:50:03     Cavalry Portfolio Services,
                 500 Summit Lake Dr., , Suite 4A,    Valhalla, New York 10595-2323
4722797        +EDI: CHASE.COM Jun 29 2017 18:48:00      Chase,   P.O. Box 15298,
                 Wilmington, Delaware 19850-5298
4722798         EDI: WFNNB.COM Jun 29 2017 18:48:00      Comenity Bank/Maurice's,    Bankruptcy Department,
                 P.O. Box 182125,    Columbus, Ohio 43218-2125
4722799        +EDI: RCSFNBMARIN.COM Jun 29 2017 18:48:00      CreditOne,    P.O. Box 98873,
                 Las Vegas, Nevada 89193-8873
4764603        +E-mail/Text: bankruptcy.bnc@ditech.com Jun 29 2017 18:49:48     Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154,    Telephone number 57709-6154
4722801        +EDI: BLUESTEM Jun 29 2017 18:49:00      Fingerhut,    6250 Ridgewood Rd.,
                 St. Cloud, Minnesota 56303-0820
4722803         E-mail/Text: bankruptcy.bnc@ditech.com Jun 29 2017 18:49:48     Green Tree Bankruptcy Dept.,
                 P.O. Box 6154,    Rapid City, South Dakota 57709
4722806         EDI: IRS.COM Jun 29 2017 18:53:00      Internal Revenue Service,    Special Procedures Branch,
                 P.O. Box 7346,    Philadelphia, Pennsylvania 19101-7346
4742762         EDI: RESURGENT.COM Jun 29 2017 18:49:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4722811        +EDI: MID8.COM Jun 29 2017 18:48:00      Midland Credit Management,    8875 Aero Dr.,  Suite 200,
                 San Diego, California 92123-2255
4722814        +E-mail/Text: egssupportservices@egscorp.com Jun 29 2017 18:50:00     NCO Financial Systems,
                 507 Prudential Rd.,    Horsham, Pennsylvania 19044-2308
4722815         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 29 2017 18:49:52     PA Dept. of Revenue,
                 Bankruptcy Division,    Dept. 280946,    Harrisburg, Pennsylvania 17128-0496
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4722816        EDI: PRA.COM Jun 29 2017 18:48:00      Portfolio Recovery Associates, LLC,    120 Corporate Blvd.,
                 Norfolk, Virginia 23502
4722817        EDI: PRA.COM Jun 29 2017 18:48:00      Portfolio Recovery Associates, LLC,    P.O. Box 41067,
                 Norfolk, Virginia 23541
4730171        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 29 2017 18:49:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
4722821        E-mail/Text: bkrcy@ugi.com Jun 29 2017 18:50:10      UGI Utilities,    225 Morgantown Road,
                 Attn. Mgr. of Collections,    Reading, Pennsylvania 19611
4730745        E-mail/Text: bkrcy@ugi.com Jun 29 2017 18:50:10      UGI Utilities, Inc.,    PO Box 13009,
                 Reading, PA 19612-3009
4722824       +EDI: VERIZONEAST.COM Jun 29 2017 18:53:00      Verizon Bankruptcy Dept.,    500 Technology Drive,
                 Suite 550,    Weldon Spring, Missouri 63304-2225
                                                                                              TOTAL: 28

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2017 at the address(es) listed below:
              Andrew L Spivack    on behalf of Creditor    Ditech Financial LLC pamb@fedphe.com
              Andrew L Spivack    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
               pamb@fedphe.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joseph P Schalk    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
               pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Ditech Financial LLC pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor    Ditech Financial LLC pamb@fedphe.com
              Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Debtor Luz N. Morales tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 10
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Luz N. Morales<br>aka Luz Morales, aka Luz Nereida Morales<br>**Debtor(s)** | Chapter 13<br>Case No. 5:15−bk−04943−JJT |

### Order

   Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

   **ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: June 29, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: TWilson, Deputy Clerk