# TULLIO DELUCA
### ATTORNEY-AT-LAW
381 N. 9TH STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

July 11, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

    In Re: **Luz Morales**
       **Chapter 13 Bankruptcy**
       **Case No. 5-15-04943**

Dear Sir/Madam:

  I have received returned mail for **US DEPT OF HOUSING & URBAN DEVELOPMENT**, a creditor in the above-captioned bankruptcy. The incorrect address the mail was sent to was: C/L SERVICE CORP. 2488 E 81ST ST. STE 700 TULSA, OK 74137-4267. Please be advised the correct information is as follows:

### US DEPT OF HOUSING & URBAN DEVELOPMENT
### 451 7TH STREET SW
### WASHINGTON, DC 20410

I served the Order for Motion to Dismiss to the above address on (July 11, 2017). Please correct the mailing matrix.

  Thank you for assistance in this matter.

        Very truly yours,

        /s/ Tullio DeLuca, Esquire

TD/th