**TULLIO DeLUCA**
ATTORNEY-AT-LAW
381 N. 9TH STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

August 17, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

    In Re: **Luz Morales**
       **Chapter 13 Bankruptcy**
       **Case No. 5-15-04943**

Dear Sir/Madam:

 I have received returned mail for **State of New Jersey Division of Youth & Family Svc**, a creditor in the above-captioned bankruptcy. The incorrect address the mail was sent to was: 80 W GRAND ST ELIZABETH, NJ 07202-1471. Please be advised the correct information is as follows:

**State of New Jersey**
**Division of Youth & Family Svc.**
**50 E STATE STREET**
**TRENTON , NJ 08608**

I served the Motion to Dismiss case at the above address on (August 17, 2017). Please correct the mailing matrix.

 Thank you for assistance in this matter.

        Very truly yours,


        /s/ Tullio DeLuca, Esquire

TD/th